Super. Ct. Pa.;
Sup. Ct. Wash.;
Sup. Ct. Mont.;
Sup. Ct. Ariz.;
Sup. Ct. Pa.;
Sup. Ct. Ala.;
Sup. Ct. Cal.;
Sup. Ct. Va.;
Ct. Crim. App. Tex.;
Ct. Crim. App.
Tenn.; and
C. A. 4th Cir. Certiorari denied. Reported below: No. 88-5024, 359 Pa. Super. 630, 515 A. 2d 620; No. 88-5685, 110 Wash. 2d 577, 757 P. 2d 889; No. 88-6006, 233 Mont. 345, 761 P. 2d 352; No. 88-6154, 158 Ariz. 232, 762 P. 2d 519; No. 88-6468, 519 Pa. 571, 549 A. 2d 513; No. 88-7073, 539 Sc. 2d 399; No. 88-7120, 47 Cal. 3d *911 315, 763 P. 2d 1289; No. 88-7132, 237 Va. 303, 377 S. E. 2d 595; No. 88-7135, 760 S. W. 2d 263; No. 88-7201, 871 F. 2d 18.